**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

RICHARD H. WEARE
DISTRICT COURT EXECUTIVE / CLERK OF COURT
130 SANDRA DAY O'CONNOR
UNITED STATES COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003-2146

Visit our website at www.azd.uscourts.gov

RONNIE HONEY
CHIEF DEPUTY CLERK
130 SANDRA DAY O'CONNOR
UNITED STATES COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003-2146

MICHAEL S. O'BRIEN
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701

June 6, 2008

Mr. Sam Hamrick, Clerk
United States District Court
Edward J. Schwartz Federal Building,
 Suite 4290
880 Front Street
San Diego, CA 92101

Re: Tucson Case: 06-CR-875-001-TUC-JMR
    Michael Paul Legg
    Transfer of Jurisdiction

Dear Clerk:

Transfer of jurisdiction having been approved in the above entitled case, enclosed are instructions on accessing the case information from PACER.

All documents can be obtained via PACER.

Please acknowledge receipt of same on the enclosed copy of this letter and return to the Tucson office for filing.

Sincerely,

/s/ Johanna Brewer
Johanna Brewer, Deputy Clerk

'08 CR 7021 -IEG

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
06-CR-0875-001-TUC-JMR

**DOCKET NUMBER** *(Rec. Court)*
'08 CR 7021 IEG

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Paul LEGG | ARIZONA | TUCSON |

**NAME OF SENTENCING JUDGE**
John M. Roll

| DATES OF SUPERVISED RELEASE | FROM 5/18/06 | TO 5/17/09 |
|---|---|---|

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**OFFENSE**

8 U.S.C. §§ 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for Profit, a Class C felony offense.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date 1/22/08

John M. Roll
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date 4/29/08

Irma E. Gonzalez, Chief United States District Judge

llh/llh

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America

v.

**MICHAEL PAUL LEGG**

USM#: 13166-196

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 06-00875-001-TUC-JMR(JCG)

David W. Basham (Appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/9/06 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8 U.S.C. 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i) - Conspiracy to Transport Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SIXTEEN (16) MONTHS** on the Information, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THIRTY SIX (36) MONTHS** on the Information.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00    **FINE:** $0    **RESTITUTION:** $0

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of

**THIRTY SIX (36) MONTHS** on the Information.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 U.S.C. §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation

      Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons and recommends:
that the defendant be placed in an institution in Phoenix, Arizona area.

Date of Imposition of Sentence: **Monday, December 18, 2006**

DATED this 19th day of December, 2006.

_____
John M. Roll
Chief United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____      By:_____
United States Marshal                                              Deputy Marshal

CR 06-00875-001-TUC-JMR(JCG) - LEGG                                           12/18/06 10:31am

06-WI-64-JMR-JCG

1  PAUL K. CHARLTON
   United States Attorney
2  District of Arizona
   JONATHAN B. GRANOFF
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress St., Suite 4800
   Tucson, Arizona 85701
5  Telephone: (520) 620-7300
   E-mail: jonathan.granoff@usdoj.gov
6  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9  United States of America,      )   No.  06-0229M(JCG)
                                  )   CR 06-00875 TUC JMR(JCG)
10           Plaintiff,            )   INFORMATION
                                  )
11     v.                          )   Violation:
                                  )   8 U.S.C. § 1324(a)(1)(A)(v)(I)
12                                 )   8 U.S.C. § 1324(a)(1)(A)(ii)
   Michael Paul Legg,             )   8 U.S.C. § 1324(a)(1)(B)(i)
13                                 )
           Defendant.              )   (Conspiracy to Transport Illegal Aliens
14                                 )     for Profit)
                                  )   (Felony)
15 THE UNITED STATES ATTORNEY ALLEGES:

16     On or about March 20, 2006, at or near Three Points, in the District of Arizona,

17 Michael Paul Legg, did knowingly and intentionally combine, conspire, confederate, and agree

18 together and with various other persons known and unknown, to transport illegal aliens, Victor

19 Eduardo Limon-Vazquez, in violation of Title 8, United States Code, Section

20 1324(a)(1)(A)(ii).

21                      OBJECT OF THE CONSPIRACY

22     It was the object of the conspiracy that all or some of the co-conspirators, knowing and

23 in reckless disregard of the fact that said aliens had come to, entered, and remained in the

24 United States in violation of law, did knowingly transport such aliens within the United States

25 by means of transportation and otherwise, in furtherance of such violation of law.

26 ///

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

PAUL K. CHARLTON
United States Attorney
District of Arizona

Date  4/14/06

JONATHAN B. GRANOFF
Assistant United States Attorney

Case 3:08-cr-07021-IEG    Document 1    Filed 06/10/2008    Page 8 of 13

2

TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:06-cr-00875-JMR-JCG-1

Case title: USA v. Legg  
Magistrate judge case number: 4:06-mj-00229-HCE-JCG

Date Filed: 05/09/2006  
Date Terminated: 12/19/2006

Assigned to: Chief Judge John M Roll  
Referred to: Magistrate Judge Jennifer C Guerin

### Defendant (1)

**Michael Paul Legg**  
*TERMINATED: 12/19/2006*

represented by **David Wood Basham**  
David W Basham Attorney at Law  
271 N Stone Ave  
Tucson, AZ 85701  
520-624-6575  
Fax: 520-882-5785  
Email: DwBshm@Aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

### Pending Counts

Ct1: 8:1324(a)(1)(A)(v)(I) 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) Conspiracy to Transport Illegal Aliens for Profit. (1)

### Disposition

IT IS THE JUDGMENT OF THIS COURT THAT the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTEEN (16) MONTHS on the Information, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THIRTY SIX (36) MONTHS on the Information. s/a $100

### Highest Offense Level (Opening)
Felony

### Terminated Counts
None

### Disposition

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
8:1324(a)(1)(A)(v)(I), (ii), & (B)(i)
Conspiracy to transport illegal alien for
profit

---

**Plaintiff**

USA                             represented by  **Jonathan Baghdassarian Granoff**
                                                US Attorneys Office
                                                405 W Congress St
                                                Ste 4800
                                                Tucson, AZ 85701-4050
                                                520-620-7300
                                                Fax: 520-620-7320
                                                Email: jonathan.granoff@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2006 |   | Arrest of Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 03/22/2006 | 1 | COMPLAINT as to Michael Paul Legg (1), Amber Nicole Birkenkamp (2), Mary Michelle Metzger (3). (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 03/22/2006 | 2 | Minute Entry for proceedings held before Judge Hector C Estrada :Initial Appearance Without Counsel as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger held on 3/22/2006 (Court Reporter courtsmart). (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 03/22/2006 | 3 | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESS by USA as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger, signed by Judge Hector C Estrada (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 03/24/2006 | 4 | Minute Entry for proceedings held before Judge Jennifer C Guerin :Detention Hearing as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger held on 3/24/2006, Preliminary Examination waived, Appearance with counsel as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger ; attorney David Wood Basham for Michael Paul Legg, Karen L Ottenstein for Amber Nicole Birkenkamp, David Edward Lipartito for Mary Michelle Metzger, Gilda Marie Terrazas for Material Witness. Judge Jennifer C Guerin referred. (Court Reporter courtsmart). (KMF, ) [4:06-mj-00229-HCE- |

| | | |
|---|---|---|
| | | JCG] (Entered: 03/31/2006) |
| 03/29/2006 | 8 | Mail Returned as Undeliverable. Mail sent to Gilda Terrazas, MW cnsl. Reason for return: Not here, city court. Document number cmp & afdt det of MW. (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 03/31/2006 | 5 | ORDER OF DETENTION pending trial as to Michael Paul Legg . Signed by Judge Jennifer C Guerin on 3/24/06. (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 03/31/2006) |
| 04/11/2006 | 9 | Mail Returned as Undeliverable. Mail sent to Terrazas, atty for MW. Reason for return: attempted, not known. Document number 4-7. (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 04/11/2006) |
| 04/14/2006 | 12 | STIPULATION and Joint Motion for Release of Material Witnesses by USA as to Michael Paul Legg (Granoff, Jonathan) [4:06-mj-00229-HCE-JCG] (Entered: 04/14/2006) |
| 04/14/2006 | 13 | ORDER for release of MW as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger re 10 11 12 Stipulation filed by USA. Signed by Judge Jennifer C Guerin on 4/14/06. (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 04/14/2006) |
| 04/14/2006 | 17 | NOTICE of association by USA as to Michael Paul Legg, Amber Nicole Birkenkamp, Mary Michelle Metzger (KMF, ) [4:06-mj-00229-HCE-JCG] (Entered: 04/18/2006) |
| 04/17/2006 | 15 | NOTICE OF CHANGE OF PLEA HEARING by Michael Paul Legg (Basham, David) [4:06-mj-00229-HCE-JCG] (Entered: 04/17/2006) |
| 05/09/2006 | 18 | WAIVER OF INDICTMENT by Michael Paul Legg (REC, ) (Entered: 05/10/2006) |
| 05/09/2006 | 19 | INFORMATIONas to Michael Paul Legg (1) count(s) 1. (REC, ) (Entered: 05/10/2006) |
| 05/09/2006 | 20 | CONSENT OF DEFENDANT Michael Paul Legg AND ORDER OF REFERRAL to Magistrate Judge Guerin for entry of guilty plea. Signed by Judge John M Roll on 5/9/2006. (REC, ) (Entered: 05/10/2006) |
| 05/09/2006 | 21 | Minute Entryfor proceedings held before Judge Jennifer C Guerin :Change of Plea Hearing as to Michael Paul Legg held on 5/9/2006, Michael Paul Legg enters plea of guilty to count(s) Information. Sentencing set for 7/19/2006 09:45 AM before Judge John M Roll.(Court Reporter Courtsmart). (REC, ) (Entered: 05/10/2006) |
| 05/09/2006 | 22 | PLEA AGREEMENT as to Michael Paul Legg (REC, ) (Entered: 05/10/2006) |
| 05/09/2006 | 23 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATONS UPON GUILTY PLEA as to Michael Paul Legg Signed by Judge Jennifer C Guerin on 5/9/2006. (REC, ) (Entered: 05/10/2006) |
| 06/01/2006 | 24 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge, and no objections have been filed. Therefore, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are |

| | | |
|---|---|---|
| | | adopted and this Court accepts defendant's plea of guilty as to Michael Paul Legg.Signed by Judge John M Roll on 6/1/06. (KDD, )(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/01/2006) |
| 07/11/2006 | 25 | It Is Hereby ORDERED continuing Sentencing until 9/27/2006 09:45 AM before Judge John M Roll as to dft Michael Paul Legg.Signed by Judge John M Roll on 7/5/2006. (REC, ) (Entered: 07/11/2006) |
| 09/05/2006 | 26 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Michael Paul Legg *Presentence Memorandum & Objecyion yo Initial draft of Presentence Report & Federal Guideline Computation* (Basham, David) (Entered: 09/05/2006) |
| 09/11/2006 | 27 | First MOTION to Continue Sentencing by Michael Paul Legg. (Basham, David) (Entered: 09/11/2006) |
| 09/12/2006 | 28 | Minute Order 27 First MOTION to Continue Sentencing filed by Michael Paul Legg is GRANTED. Sentencing reset for 12/18/2006 10:00 AM before Chief Judge John M Roll. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAH, ) (Entered: 09/12/2006) |
| 09/19/2006 | 29 | RESPONSE *to Defendant's Objections to the Presentence Report* by USA as to Michael Paul Legg (Granoff, Jonathan) (Entered: 09/19/2006) |
| 12/18/2006 | 30 | Minute Entry for proceedings held before Chief Judge John M Roll: Sentencing as to Michael Paul Legg held on 12/18/2006. PRESENT: Jonathan Granoff, AUSA; David W. Basham, CJA; Defendant Custody. INTERPRETER: N/A. Defendant's objection to enhancements for leader/organizer and bodily injury are sustained. Sentence imposed.(Court Reporter Aaron LaDuke). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KDD, ) (Entered: 12/18/2006) |
| 12/19/2006 | 31 | JUDGMENT AND COMMITMENT ISSUED as to Michael Paul Legg (1), Count(s) 1, IT IS THE JUDGMENT OF THIS COURT THAT the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTEEN (16) MONTHS on the Information, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THIRTY SIX (36) MONTHS on the Information. s/a $100 Signed by Judge John M Roll on 12/19/2006.(REC, ) Modified on 12/19/2006 To Correct Spacing. (REC, ). (Entered: 12/19/2006) |
| 06/02/2008 | 32 | Supervised Release Jurisdiction Transferred to Southern District of California as to Michael Paul Legg. Transmitted instructions on retrieving case via PACER. (JEMB, ) (Entered: 06/06/2008) |
| 06/06/2008 | 33 | Miscellaneous Document: Letter to Southern District of California from District of Arizona as to Michael Paul Legg. (JEMB, ) (Entered: 06/06/2008) |

**PACER Service Center**

**Transaction Receipt**

| 06/10/2008 11:28:33 | | | |
|---|---|---|---|
| PACER Login: | ud0077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:06-cr-00875-JMR-JCG |
| Billable Pages: | 3 | Cost: | 0.24 |